JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED ALIZA AMIDI NAMIN,<br><br>　　　Plaintiff,<br><br>v.<br><br>KEVIN JEFFREY VERT,<br><br>　　　Defendant. | Case No. 5:25-cv-02587-SB-SK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, this action is dismissed as frivolous pursuant to 28 U.S.C § 1915(e).

Date: October 3, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge